

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-14-00056-CV

**MARC III GENERAL CONTRACTORS LLC,**
Appellant

v.

Denis **MEJIA,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08438
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant has filed an agreed motion to stay this appeal pending settlement negotiations, and alternatively, requesting an extension of time in which the appellees may file their brief. The motion is GRANTED and this appeal is ABATED until April 16, 2014. Appellant is ORDERED to file either (1) the appropriate motion to dismiss this appeal, (2) a motion to reinstate appellate deadlines, or (3) a motion requesting additional time in which to conduct mediation no later than April 17, 2014. If the appeal is reinstated, appellant's brief is due thirty days from the date of reinstatement.

All other appellate deadlines are held in abeyance pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court